MAY 29, 2012

No. 11–99.  HOLDER, ATTORNEY GENERAL *v.* MOJICA.  C. A. 9th Cir.;

No. 11–103. HOLDER, ATTORNEY GENERAL *v.* PARRA CAMACHO. C. A. 9th Cir. Reported below: 412 Fed. Appx. 32;

No. 11–104. HOLDER, ATTORNEY GENERAL *v.* BECERRA. C. A. 9th Cir. Reported below: 411 Fed. Appx. 67; and

No. 11–831. HOLDER, ATTORNEY GENERAL *v.* PIMENTEL-ORNELAS. C. A. 9th Cir. Reported below: 432 Fed. Appx. 681. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Holder* v. *Martinez Gutierrez, ante,* p. 583.